**STATE v. WILSON**

[334 N.C. 685 (1993)]

STATE OF NORTH CAROLINA v. BILLY FRED WILSON, JR.

No. 169A93

(Filed 8 October 1993)

Appeal by the State pursuant to N.C.G.S. § 7A-30(2) from the unpublished decision of a divided panel of the Court of Appeals finding error in defendant's trial before Caviness, J., at the 4 November 1991 Criminal Session of Superior Court, Catawba County, and remanding the case for a new trial. Heard in the Supreme Court 14 September 1993.

*Michael F. Easley, Attorney General, by Isaac T. Avery, III, Special Deputy Attorney General, and Linda M. Fox, Assistant Attorney General, for the State-appellant.*

*Sigmon, Sigmon and Isenhower, by W. Gene Sigmon, for defendant-appellee.*

PER CURIAM.

AFFIRMED.